UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GRANDE VOITURE D'OHIO
LA SOCIET DES 40 HOMMES
ET 8 CHEVAUX,

    Plaintiff,

vs.

MONTGOMERY COUNTY
VOITURE NO. 34 LASOCIETE
DES 40 HOMMES
E 8 CHEVAUX, *et al.*,

    Defendants.

Case No. 3:24-cv-115

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

### ORDER: (1) DENYING PLAINTIFF'S MOTION FOR A NEW TRIAL AND TO ALTER AND AMEND JUDGMENT (Doc. No. 12); AND (2) RENEWING THE COURT'S PREVIOUS TERMINATION OF THIS CASE ON THE DOCKET

---

    This case was previously remanded to state court and terminated on the docket. Doc. Nos. 10, 11. As a result, this case is no longer pending in this Court and is, instead, pending the Montgomery County, Ohio Court of Common Pleas. In its recently-filed motion to alter or amend judgment (Doc. No. 12), filed under Rules 52 and 59, Plaintiff challenges the Court's remand order. Recognizing that Plaintiff has presented no actionable grounds for relief pursuant to either Rule, its motion is **DENIED** on both the merits and lack-of-jurisdiction grounds. This case remains **TERMINATED ON THE DOCKET.**

    IT IS SO ORDERED.

October 24, 2024                                             s/*Michael J. Newman*
                                                                           Hon. Michael J. Newman
                                                                           United States District Judge